Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois (Eastern Division)
CHANGE OF ADDRESS – **CREDITOR**

If completed by an attorney, this form must be filed electronically in CM/ECF.
This form cannot be used to change the name of a creditor.

In re: Ansel G Madourie            Case Number: 19-01656

Chapter: 13

Check which type of address change is being requested:

☐ Notice only     ☐ Payment only     ☑ Notice & Payment

Creditor's Name: Purchasing Power, LLC

Enter related claim number(s) if any: 8-1        Dollar Amount: $2,531.21

**Previous Notice Address:**

Bankruptcy Department
1349 West Peachtree Street NW
Suite 1100
Atlanta, GA 30309

**New Notice Address:**

Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

**Previous Payment Address:**

Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

**New Payment Address:**

Purchasing Power LLC
Bankruptcy Department
P.O. Box 745857
Atlanta, GA 30374-5857

Change requested by: Seprina-Renee Thomas, Bankruptcy Paralegal
(Printed name and title)

Mailing Address:  Purchasing Power, LLC
Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

*FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 30 2021
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2*

Creditor Phone Number: 404-602-1489

Creditor Email Address: bankruptcy@purchasingpower.com

Signature and Date: *Seprina Renee Thomas*  3/30/21

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/24/19