Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
EASTERN DIVISION

327 S. Church Street, Room 1100, Rockford, IL 61101

CHANGE OF ADDRESS – **CREDITOR**

**If completed by an attorney, this form must be filed electronically in CM/ECF.**

**This form cannot be used to change the name of a creditor.**

In re: ANSEL G MADOURIE　　　　　Case Number: 19-01656

　　　　　　　　　　　　　　　　　Chapter: 13

Check which type of address change is being requested:

☐ Notice only　　☐ Payment only　　☑ Notice & Payment

Creditor's Name: U.S. Department of Education

Enter related claim number(s) if any: 4　　Dollar Amount: $ 5,406.00

Previous Notice Address:
U.S. Department of Education
C/O FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

New Notice Address:
U.S. Department of Education
120 N Seven Oaks Drive
Knoxville, TN 37922

Previous Payment Address:
U.S. Department of Education
C/O FedLoan Servicing
P.O. Box 530210
Atlanta, GA 30353-0210

New Payment Address:
U.S. Department of Education
P.O. Box 790322
St Louis, MO 63179-0322

Change requested by:
(Printed name and title)

Alana McDade Specialty Claims Analyst

Mailing Address
EdFinancial Services
298 N Seven Oaks Drive
Knoxville, TN 37922

Creditor Phone Number: 865-342-5286

Creditor Email Address: LSspecialtyclaims@edfinancial.com

Signature and Date
/s/ Alana McDade 3/7/2023

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/24/19